IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**RONALD W. WALDEN, JR.,**

    Plaintiff,                                       Civil Action No: 4:22-cv-00058-MSD-LRL

v.

**SHOPS AT HAMPTON TOWNE CENTRE, LLC,**
a Delaware Limited Liability Company,

    Defendant.

## STIPULATION OF SETTLEMENT

PLEASE TAKE NOTICE Plaintiff Ronald W. Walden, Jr. and Defendant Shops at Hampton Towne Centre, LLC (together, "Parties") reached an agreement regarding all disputed issues in the case, including attorneys' fees and expenses, as evidenced by the Agreed Order of Dismissal endorsed by all parties and attached to this Stipulation as Exhibit A.  Accordingly, the parties request that the Court enter the attached order and remove this action from the Court's docket.

                                                          **Ronald W. Walden, Jr.**

                                                      By: */s/ Deborah C. Waters*
                                                           Deborah C. Waters, Esquire
                                                           Virginia State Bar # 28913
                                                           L. Clayton Magee, Esquire
                                                           Virginia State Bar # 95399
                                                           Waters Law Firm, P.C.
                                                           Town Point Center Building, Suite 600
                                                           150 Boush Street
                                                           Norfolk, VA 23510
                                                           Telephone: (757) 446-1434
                                                           Facsimile: (757) 446-1438
                                                           dwaters@waterslawva.com

>   cmagee@waterslawva.com
>   *Counsel for Plaintiff*
>
>   **Defendant Shops at Hampton Towne Centre, LLC**
>
>   By:  */s/ Barry Dorans*
>   Barry Dorans, Esquire
>   Virginia State Bar #23472
>   WOLCOTT RIVERS GATES
>   200 Bendix Road, Suite 300
>   Virginia Beach, VA 23452
>   Telephone: (757) 497-6633
>   Facsimile: (757) 497-7267
>   dorans@wolriv.com
>   *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February 2023, I have filed the foregoing document via the Court's CM/ECF system, which will make electronic service on the following:

Barry Dorans, Esquire
WOLCOTT RIVERS GATES
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

>   By: */s/ Deborah C. Waters*
>   Deborah C. Waters, Esquire
>   Virginia State Bar # 28913
>   L. Clayton Magee, Esquire
>   Virginia State Bar # 95399
>   Waters Law Firm, P.C.
>   Town Point Center Building, Suite 600
>   150 Boush Street
>   Norfolk, VA 23510
>   Telephone: (757) 446-1434
>   Facsimile: (757) 446-1438
>   dwaters@waterslawva.com
>   cmagee@waterslawva.com
>   *Counsel for Plaintiff*