IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

RONALD W. WALDEN, JR.,

    Plaintiff,

v.

                    Civil Action No: 4:22-cv-00058-MSD-LRL

SHOPS AT HAMPTON TOWNE
CENTRE, LLC,
a Delaware Limited Liability Company,

    Defendant.

## AGREED DISMISSAL ORDER

Plaintiff Ronald W. Walden, Jr. and Defendant Shops at Hampton Towne Centre, LLC (together, "Parties") represented to the Court the Parties entered into a settlement agreement and thereby resolved all claims in this matter, including attorneys' fees and costs.

It appearing to the Court that the Parties resolved their differences in full, it is hereby ORDERED that this matter be and is DISMISSED WITH PREJUDICE and removed from the docket of this Court.

/s/ MSD
Mark S. Davis
Chief Judge

Chief United States District Judge

ENTERED: 2 / 6 / 23